## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANTANDER CONSUMER USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE TOWNSHIP OF FAIRFIELD, AND CAMP AUTO & TRUCK PARTS, INC. d/b/a CAMP AUTO AND TRUCK, <br><br> Defendants. | Civil Action No.: 2:23-cv-00126-ES-ESK <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed, by and between plaintiff, Santander Consumer USA, Inc. ("Santander") and defendant The Township of Fairfield ("Defendant"), that all claims between Plaintiff and Defendant in the above-captioned action be and hereby are dismissed in their entirety with prejudice and without costs to any party.

**NORRIS McLAUGHLIN, P.A.**
*Attorneys for Plaintiff Santander Consumer USA, Inc.*

By: /s/ *Nicholas A. Duston*
    Nicholas A. Duston, Esq.

Dated:

**INGLESINO TAYLOR**
*Attorneys for Defendant The Township of Fairfield*

By: /s/ *John P. Miller*
    John P. Miller, Esq.

Dated:

SO ORDERED,

_____
Hon. Esther Salas, U.S.D.J.
Date: 9/13/2024